AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| CHAD TOVAR and LAUREN SUZANNE TOVAR<br><br>*Plaintiff(s)*<br><br>v.<br><br>COOK GROUP, INC., COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC., COOK MEDICAL, LLC ; (See attachment #1)<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  5:20-cv-00487

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Cook Group, Incorporated
C/O CSC Lawyers Incorporating Service, 50 West Broad Street, Suite 1800,
Columbus, Ohio 43215.

Cook Medical, Incorporated
C/O CSC Lawyers Incorporating Service, 50 West Broad Street, Suite 1800,
Columbus, Ohio 43215. (See attachment #1)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Fabrice N. Vincent
275 Battery Street, Floor 29
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:              03/11/2020

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   5:20-cv-00487

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


CHAD TOVAR and LAUREN SUZANNE TOVAR v. COOK GROUP, INC., COOK
MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC., COOK MEDICAL, LLC,
COOK INCORPORATED, WILLIAM COOK EUROPE APS, and MEDICAL
ENGINEERING AND DEVELOPMENT INSTITUTE, INC.

Case No. 5:20-cv-00487

## ATTACHMENT # 1 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

Cook Medical, LLC
C/O CSC Lawyers Incorporating Service, 50 West Broad Street, Suite 1800
Columbus, Ohio 43215.

Cook Incorporated
C/O CSC Lawyers Incorporating Service, 50 West Broad Street, Suite 1800
Columbus, Ohio 43215.

Medical Engineering and Development Institute, Inc.
C/O CSC Lawyers Incorporating Service, 50 West Broad Street, Suite 1800
Columbus, Ohio 43215.

Cook Medical Technologies
C/O CSC Lawyers Incorporating Service, 50 West Broad Street, Suite 1800
Columbus, Ohio 43215.

Cook Denmark International APS
C/O CSC Lawyers Incorporating Service, 50 West Broad Street, Suite 1800
Columbus, Ohio 43215.

Defendant Cook Denmark Holding APS
C/O CSC Lawyers Incorporating Service, 50 West Broad Street, Suite 1800
Columbus, Ohio 43215.

Cook Group Europe APS
C/O CSC Lawyers Incorporating Service, 50 West Broad Street, Suite 1800
Columbus, Ohio 43215.

Defendant Cook Nederland BV
C/O CSC Lawyers Incorporating Service, 50 West Broad Street, Suite 1800

Columbus, Ohio 43215.

William Cook Europe APS
C/O CSC Lawyers Incorporating Service, 50 West Broad Street, Suite 1800
Columbus, Ohio 43215.

MED Institute, Inc. and Cook MED Institute, Inc.
Service Address: C/O Corporation Service Company, 251 East Ohio Street, Suite 500
Indianapolis, IN 46204.